# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-25-00153-CV

---

**DWF VI OT REIT, LLC, Appellant**

**v.**

**Lakes SPE, LLC, Appellee**

---

### FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-22-006322, THE HONORABLE CATHERINE MAUZY, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant DWF VI OT REIT, LLC has filed an agreed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Chari L. Kelly, Justice

Before Justices Triana, Kelly, and Theofanis

Dismissed on Appellant's Motion

Filed: July 25, 2025